IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CONNIE ZIMMERMAN-CRAFT,                )
                                       )
            Plaintiff,                 )
                                       )
        v.                             )    2:06cv1245
                                       )    Electronic Filing
KEY INDEPENDENT MANAGEMENT,            )
also known as KEY ENTERPRISES FOR      )    Judge Cercone
THE BLIND,                             )    Magistrate Judge Hay
                                       )
            Defendant.                 )

## O R D E R

AND NOW, this **27**th day of June, 2007, after the plaintiff, Connie Zimmerman-Craft, filed an action in the above-captioned case, and after a Motion to Dismiss was filed by defendant, Key Independent Management a/k/a Key Enterprises for the Blind , and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Document No. 14), which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss (Document No. 3) is GRANTED and Count II is dismissed without prejudice. Plaintiff is afforded two weeks to amend her Complaint

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

DSCercone

DAVID STEWART CERCONE
United States District Judge

cc:    Honorable Amy Reynolds Hay
United States Magistrate Judge

Dirk D. Beuth, Esquire
Neal A. Sanders, Esquire
Law Offices of Neal Sanders
1924 North Main Street Ext.
Butler, PA 16001

Suzanne B. Merrick, Esquire
Thomas, Thomas & Hafer LLP
One Oxford Centre
Suite 1150
301 Grant Street
Pittsburgh, PA 15219